UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TYLER BAKER, individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF VERMONT HEALTH NETWORK INC. and UNIVERSITY OF VERMONT MEDICAL CENTER INC.,<br><br>Defendants. | Case No. 2:24-cv-00673-CR |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Tyler Baker and Defendants University of Vermont Health Network Inc. and University of Vermont Medical Center Inc. (together with Plaintiff, the "Parties") hereby provide notice that the Parties have executed an agreement that will resolve the claims asserted in this case in their entirety. The Parties expect to be in a position to file stipulation for dismissal with prejudice by December 13, 2024, or such other date this Court deems appropriate.

DATED: November 13, 2024                Respectfully submitted,

/s/ Matthew J. Langley
Matthew J. Langley (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, IL 60614
Tel: (954) 579-0027
matt@almeidalawgroup.com

1

Wendy E. Radcliff
**LANGROCK SPERRY & WOOL**
111 South Pleasant Street
Middlebury, VT 05753
Tel:   802.989.7834
wradcliff@langrock.com

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
**MIGLICACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiff*

DATED: November 13, 2024            */s/ Daniel E. Raymond*
                                    Daniel E. Raymond (admitted *pro hac vice*)
                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                    70 West Madison Street
                                    Chicago, Illinois 60602-4321
                                    Tel: (312) 583-2300
                                    Email: daniel.raymond@arnoldporter.com

                                    Ian P. Carleton
                                    SHEEHEY FURLONG & BEHM P.C.
                                    30 Main Street, 6th Floor
                                    P.O. Box 66
                                    Burlington, VT 05402-0066
                                    Tel: (802) 865-6321
                                    Email: icarleton@sheeheyvt.com

                                    Kenneth L. Chernof (admitted *pro hac vice*)
                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                    601 Massachusetts Avenue, N.W
                                    Washington, D.C. 20001
                                    Tel: (202) 942-5000
                                    Email: ken.chernof@arnoldporter.com

                                    David B. Schwartz (admitted *pro hac vice*)
                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                    250 West 55th Street

New York, NY 10019
Tel: (212) 836-8000
Email: david.schwartz@arnoldporter.com

*Counsel for Defendants University Of Vermont
Health Network Inc. and University Of
Vermont Medical Center Inc.*

**CERTIFICATE OF SERVICE**

    I, Matthew J. Langley, an attorney, hereby certify that on November 13, 2024, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

                                      */s/ Matthew J. Langley*
                                      Matthew J. Langley