UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TYLER BAKER, *individually and on Behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF VERMONT HEALTH NETWORK INC. and UNIVERSITY OF VERMONT MEDICAL CENTER INC.,<br><br>Defendants. | Case No. 2:24-cv-00673-CR |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice with all parties to bear their own costs.

DATED: November 25, 2024

Respectfully submitted,

*/s/ Matthew J. Langley*
Matthew J. Langley (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, IL 60614
Tel: (954) 579-0027
matt@almeidalawgroup.com

Wendy E. Radcliff
**LANGROCK SPERRY & WOOL**
111 South Pleasant Street
Middlebury, VT 05753
Tel: 802.989.7834
wradcliff@langrock.com

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
**MIGLICACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520

1

nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiff*

/s/ Ian P. Carleton
Ian P. Carleton
**SHEEHEY FURLONG & BEHM P.C.**
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
Tel: (802) 865-6321
Email: icarleton@sheeheyvt.com

Kenneth L. Chernof (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, N.W
Washington, D.C. 20001
Tel: (202) 942-5000
Email: ken.chernof@arnoldporter.com

David B. Schwartz (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Email: david.schwartz@arnoldporter.com

Daniel E. Raymond (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street
Chicago, Illinois 60602-4321
Tel: (312) 583-2300
Email: daniel.raymond@arnoldporter.com

*Counsel for Defendants University Of Vermont Health Network Inc. & University Of Vermont Medical Center Inc.*